FILED
CLERK, U.S. DISTRICT COURT

NOV 2 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

13-3050M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Mario Alonso-Rodriguez-<br>AKA Misael Cruz-Lopez<br><br>    Defendant. | ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)   the appearance of defendant as required; and/or

(B)  ( )   the safety of any person or the community.

//
//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)   (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
Defendant has bail resources sufficient to ensure appearance.
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 11-25-2013

/s/ John E. McDermott
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2